**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Robert W. WARREN, Defendant–Appellant.**

No. 06–10331.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 13, 2007.*

Filed Aug. 21, 2007.

Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

Rachelle Barbour, Esq., Federal Public Defender's Office, Sacramento, CA, for Defendant–Appellant.

Before: KLEINFELD, SILVERMAN, and M. SMITH, Circuit Judges.

MEMORANDUM **

Following a limited remand pursuant to *United States v. Ameline*, 409 F.3d 1073 (9th Cir.2005) (en banc), Robert W. Warren appeals from the district court's order concluding that it would not have imposed a materially different sentence had it known that the United States Sentencing Guidelines were advisory. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Warren contends that the 94–month sentence he received for possession with intent to distribute methamphetamine, in

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

violation of 21 U.S.C. § 841(a)(1), is unreasonable in light of 18 U.S.C. § 3553(a) and *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). However, this contention is foreclosed by *United States v. Combs,* 470 F.3d 1294, 1296–97 (9th Cir.2006).

**AFFIRMED.**